**Opinion issued April 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00887-CV**

————————————

**IN RE RICHARD BARROSO, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Richard Barroso, has filed a petition for writ of mandamus, asserting that the trial court failed to rule on motions and hold a hearing prior to ruling on a dismissal order.[1]

---

[1] The underlying case is *Richard Barroso v. State of Texas, TDCJ Ramsey One Unit Personnel*, cause number 92497-I, pending in the 412th Judicial District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.

1

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.